[No. 42780-0-II.   Division Two.   June 25, 2013.]

KARYN A. CARBAUGH, *Appellant*, v. JOHN N. JOSLIN ET AL., *Defendants*, PROGRESSIVE NORTHWEST INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-06529-0, Brian M. Tollefson, J., entered October 7, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 43526-8-II.   Division Two.   June 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE DERIN BARROW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04520-1, Linda CJ Lee, J., entered June 1, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 28618-5-III.   Division Three.   June 27, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIBERTO GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-00624-4, Michael E. Schwab, J., entered October 21, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 67173-1-I.   Division One.   July 1, 2013.]

THE STATE OF WASHINGTON, *Plaintiff*, v. ESMOND HOLMES, *Respondent*, THE DEPARTMENT OF CORRECTIONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03905-1, Carol A. Schapira, J., entered April 1, 2011. *Reversed* and *remanded* by unpublished pinion per Verellen, J., concurred in by Becker and Dwyer, JJ.